ACCEPTED
2013-44200
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/26/2015 7:08:30 PM
CHRISTOPHER PRINE
CLERK

# Laxton Law, PLLC

**ATTORNEY AT LAW**
Delona Laxton

281-570-2588
delona@laxtonlaw.com
877-224-5283 (Fax)

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
22704 Loop 494 Suite C
8/26/2015 7:08:30 PM
Kingwood, TX 77339
CHRISTOPHER A. PRINE
Clerk

August 26, 2015

Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, TX 77002

RE:   Name:        Mario Solorzano
In the Interest of J.A.F., M.F., D.F., and N.F, Minor
Children
Cause Number:  14-15-00653-CV

Dear Sir or Madam:

I am the record Attorney of Maria Solorzano. This case originated in the 311th court as 2013-44200 and is a Suit Affecting Parent Child Relationship. The Clerk's Record fee has been paid and filed, and the Fourteenth Court of Appeals filing fee has also been paid and E-filed.

I have been attempting to pay for and file the Reporter's Record with the Fourteen Court of Appeals; however, the 311th Court Reporter, Stephanie Wells, is out of her office due to an emergency. I have called the 311th Court several times to pay for and file the Reporter's Record; however, the Clerk informed me that the Court Reporter is the only person that can process the request. Court Reporter, Stephanie Wells is out of her office until 8/28/15. I will pay the fee and file the Reporter's Record as soon as Mrs. Wells is available to process the request.

Below is a timeline of my efforts in attempting to pay for and file the Reporter's record with the Fourteenth Court of Appeals.

1) 8/19/2015- I called the 311th Court to request the Clerk's Record and Reporter's Record.
2) 8/20/2015- I called the 311th Court to verify that the requested records were ready for payment and filing; however, Court Reporter, Stephanie Wells was unavailable. I also, called Court Coordinator, Victor Almendarez and left a voicemail, but received no call back.
3) 8/21/2015- I received an email from Senior Clerk, Phyllis M. Washington, regarding payment of the Clerk Records. I promptly paid the fees for the Clerk's Records; however, I was informed that the Court Reporter, Stephanie Wells, was out of the office due to an emergency. Mrs. Washington stated that only Mrs.

Wells can process the Reporter Record's request.

4) 8/24/2015- I emailed the Court Reporter with my request; however, I received an automated message stating that she is out of her office until August 28. Further, it informed me to call Court Coordinator, Victor Almendarez. I called Mr. Almendarez and left a voicemail regarding the request, but I did not receive a call back.

5) 8/25/2015- Again, I called the 311th Court to speak with Mr. Almendarez; however, he was not available.

6) 8/26/2015- I called Mr. Almendarez and left another voicemail. At approximately 3:00 PM, Mr. Almendarez returned my calls and stated that he could not process my request because the Court Reporter was unavailable. He said that he would email me a letter stating that the Court Reporter is out of her office and unable to process the request. However, I still have not received Mr. Almendarez's letter as of 6:30 PM.

Sincerely yours,

Delona Laxton